Friday, January 6, 1989

## MOTION DOCKET

**88-1578.** In re Petition for a Writ of Habeas Corpus for Terry. *Marion County,* No. 9-87-31. On motion for stay. Motion denied, effective January 3, 1989.

Sweeney, J., dissents.

Resnick, J., not participating.

**88-2211.** Congregate Management Services v. Bowling. *Trumbull County,* No. 4141. On motion for stay. Motion denied, effective January 3, 1989. Sweeney, J., dissents.

Resnick, J., not participating.

**88-2214.** State v. King. *Wayne County,* No. 2377. On motion for stay. Motion denied, effective January 4, 1989.

Moyer, C.J., Douglas and Wright, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**88-1786.** State v. Turner. *Hamilton County,* No. C-870166. *Sua sponte,* cause dismissed for want of prosecution, effective January 3, 1989.

**88-1910.** State v. McBride. *Hamilton County,* No. C-870734. *Sua sponte,* cause dismissed for want of prosecution, effective January 3, 1989.

**88-1918.** State v. Nelson. *Wayne County,* No. 2373. *Sua sponte,* cause dismissed for want of prosecution, effective January 3, 1989.

**88-1991.** State v. Peebles. *Hamilton County,* No. C-870536. *Sua sponte,* cause dismissed for want of prosecution, effective January 3, 1989.

Monday, January 9, 1989

## MOTION DOCKET

**89-24.** State v. Lambros. *Cuyahoga County,* No. 54744. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Cuyahoga County and as an appeal as of right from said court. Upon consideration of appellant's motion for stay, IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective January 6, 1989.

IT IS FURTHER ORDERED by the court that execution of sentence be stayed and $5,000 bond be continued pending appeal before this court.

Holmes and Resnick, JJ., dissent.

**89-25.** Hughes v. Brown. *Franklin County,* No. 88AP-212. This cause is pending before the court on a filing of a motion for an order directing the Court of Appeals for Franklin County to certify its record and as an appeal as of right from said court. Upon consideration of appellant's motion for an injunction which prohibits his removal from the Cuyahoga County Board of Elections pending appeal, IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective January 6, 1989.

Holmes and Resnick, JJ., dissent.

Wednesday, January 11, 1989

## MOTION DOCKET

**88-2126.** State, ex rel. Credit Life Ins. Co., v. Springfield. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion for extension of time and request for scheduling conference or order, IT IS ORDERED by the court that said motion be granted, effective January 10, 1989, and that the time for respondents to respond to the court's show cause order of December 28, 1988, be extended to January 27, 1989.

IT IS FURTHER ORDERED by the court that the following briefing schedule be followed: 1. The parties shall file an agreed statement of facts, if any, and all evidence which the parties intend to present by February 24, 1989. 2. Relator shall file its brief by March 13, 1989. 3. Respondents shall file their brief by March 28, 1989. 4. Relator shall file its reply brief, if any, by April 3, 1989.

## MISCELLANEOUS DISMISSALS

**88-321.** State, ex rel. Malenda, v. Indus. Comm. *Franklin County,* No. 86AP-253. Cause dismissed, on application of counsel for appellant Central Ohio Coal Company, effective January 9, 1989.